# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBRA GRAY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-12-0729-F |
| | ) |
| MICHAEL J. ASTRUE, Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Plaintiff Debra Gray filed this action seeking review of a decision denying her application for social security benefits. Magistrate Judge Shon T. Erwin issued a Report and Recommendation on December 28, 2012, at doc. no. 7, recommending that plaintiff's action be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P., for failure to timely effect service.

The magistrate judge advised plaintiff of her right to object to the Report and Recommendation on or before January 14, 2013. He also advised that failure to make timely objection to the Report waives the right to appellate review of both factual and legal questions contained in the Report. No objection to the Report has been filed, nor has plaintiff filed a request for an extension of time within which to object to the Report.

With no objection having been filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS** and **ADOPTS** the findings and recommendations of Magistrate Judge Shon T. Erwin as stated in his Report and Recommendation. This action is dismissed without prejudice under Rule 4(m), Fed. R. Civ. P.

Dated this 16th day of January, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0729p001.wpd